# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 23 2011

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MELISSA ZAVALA,<br><br>               Defendant. | CASE NO. 11CR4523-JAH<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

21 USC 952 AND 960 - IMPORTATION OF METHAMPHETAMINE; 18 USC 2 - AIDING AND ABETTING

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/23/11

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE